**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FILIBERTO NERY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADRIAN YEPEZ DBA YEGA RECORDS AND PROMOTIONS, et al.,<br><br>　　　　　　Defendants. | CV 09-3195 RSWL (PLAx)<br><br>**ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION** |

On December 1, 2009, the Court issued Notices of Deficiency regarding Plaintiff's Requests to Enter Default as to Defendants Ruben Galvez and Juan Manuel Navarro. Due to the deficiencies in the requests for default, the Court terminated the requests as to these two Defendants and allowed Plaintiff to file new requests for default with the deficiencies corrected. Plaintiff has failed to do so. Therefore, it is **ORDERED** that Plaintiff either fix the deficiencies in the requests for default or otherwise show cause why

1

this case should not be dismissed against Defendants Ruben Galvez and Juan Manuel Navarro for lack of prosecution.  Plaintiff has until March 8, 2010 to respond in writing.

DATED: February 25, 2010.

**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2